Edwin Umberto Artiga-Morales
judges: RAWLINSON, MILLER, DESAI